motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements. The appealing defendant may answer within ten days from the entry of the order herein. We are of opinion that the facts should be elicited upon a trial before the questions of law involved are determined. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

THOMAS J. SMITH, Respondent, v. RICHARD E. WELDON, Appellant, Impleaded with GEORGE KENT WELDON, Defendant.— Order denying motion to vacate judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

THOMAS J. SMITH, Respondent, v. RICHARD E. WELDON, Appellant, Impleaded with GEORGE KENT WELDON, Defendant.— Order denying motion to vacate and set aside report of official referee and the judgment entered thereon affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

ELLA FRIEDMAN, Appellant, v. IRVING FRIEDMAN, Respondent.— On argument, order granting defendant's motion to reduce alimony modified so as to provide that the alimony be reduced from $2,600 a year to $1,768 a year, instead of to $1,378 a year as provided therein, and as so modified affirmed. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

## THIRD DEPARTMENT, SEPTEMBER, 1932.

In the Matter of the Claim of HOWARD HUMPHREY, Appellant, against TIETJEN & STEFFIN MILK COMPANY, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted and questions certified as follows: 1. Did the claimant sustain an accidental injury arising out of the employment? 2. Did the claimant sustain an accidental injury arising in the course of the employment? McNamee, J., not voting. [See 235 App. Div. 470.]

In the Matter of the Claim of ALONZO ROSE, Respondent, against JOHN A. SCOLLAY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not voting.

In the Matter of the Claim of CORA T. HAIGHT, Respondent, against BESSIE WOLFF, Doing Business as The Rug Store, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not voting.

In the Matter of the Claim of ABRAHAM INGBERG, Respondent, against SAMUEL ZIMMERMAN, Respondent; NORWICH UNION INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not voting.

In the Matter of the Claim of MARIA JOSE CRUZ, Respondent, against COPP BROS. REALTY CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not voting.

In the Matter of the Claim of THOMAS HALL, Respondent, against THE SALVATION ARMY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—